# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:18-cr-219-CEH-AAS

NICHOLAS KNIPPLE-CALCASOLA

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Revocation Hearing (Doc.43), entered April 16, 2021, by the Magistrate Judge, a **Final Revocation Hearing was previously scheduled for May 17, 2021 at 1:30 PM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 5th day of May 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services